UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES—GENERAL

| Case No. | 2:25-cv-11664-MEMF-BFMx | Date | **March 19, 2026** |
|---|---|---|---|

| Title | **Luis Fausto v. Ford Motor Company et al** | Page | 1 of 1 |
|---|---|---|---|

| Present: The Honorable | MAAME EWUSI-MENSAH FRIMPONG, UNITED STATES DISTRICT JUDGE |
|---|---|

| Damon Berry | CourtSmart |
|---|---|
| Deputy Clerk | Court Recorder |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Jacob Lister | Bradley Edward Marrett |
| | Jacob Nader Moawad |

**Proceedings:  DEFENDANT'S MOTION TO DISMISS [12] AND PLAINTIFF'S MOTION TO REMAND [17]**

The Court issues a tentative ruling prior to the hearing. The Court invites counsel to present oral arguments.

For the reasons stated on the record, the matter is taken under submission. Order to issue.

**IT IS SO ORDERED.**

---

CV-90             **CIVIL MINUTES - GENERAL**

:21
Initials of Deputy Clerk: DBE